**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID ALLEN KNIGHT,<br><br>                    Plaintiff,<br><br>  v.<br><br>ANDREW SAUL,<br>Commissioner of the Social<br>Security Administration,<br><br>                    Defendant. | 3:21-cv-0222-CLB<br><br>**ORDER** |

Plaintiff has filed an application to proceed *in forma pauperis* in an action involving judicial review of administrative action by the Secretary of Health and Human Services, denying plaintiff's claim for disability benefits under the Social Security Act. In the application, plaintiff listed minimal income and assets (ECF No. 1). For good cause appearing, plaintiff's request to proceed *in forma pauperis* (ECF No. 1) is **GRANTED**.

IT IS ORDERED that the clerk of the court shall file the complaint. The movant herein is permitted to maintain this action to conclusion without the necessity of prepayment of fees or costs or the giving of security therefor. This order granting *in forma pauperis* status shall not extend to the issuance of subpoenas at government expense.

IT IS FURTHER ORDERED that the clerk of the court shall issue summons to the following:

                    Andrew Saul, Commissioner
                    Social Security Administration
                    Office of General Counsel
                    Room 611 Almeyer Building
                    6401 Security Boulevard
                    Baltimore, MD  21235

|   |   |
|---|---|
| 1 | U.S. Attorney General |
| 2 | U.S. Department of Justice |
|   | Ninth and Pennsylvania |
| 3 | Washington, D.C. 20530 |
| 4 | United States Attorney |
|   | 400 S. Virginia Street, Suite 900 |
| 5 | Reno, Nevada 89501 |

The clerk shall deliver the summons and sufficient copies of the complaint to the U.S. Marshal for service. The clerk shall send plaintiff sufficient copies of service of process forms (USM-285) for each defendant. Plaintiff shall have twenty (20) days in which to return to the required forms USM-285 to the U.S. Marshal at 400 S. Virginia Street, 2nd Floor, Reno, Nevada 89501.

**DATED:** May 14, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**